**Record of Conference and Orders: Vera M. Scanlon, USMJ**     Date: 6/11/2018

Case: Olivencia v. O'Connel Protection Services, LLC     Telephone Conf. @ 2:30 PM

Civ.: 1:17-cv-06709-AMD-VMS

**ECF Recording in 13A South:**     ☐ Telephone Conference     ☒ In-person Conference

**Counsel:** *(See separately docket entry or document for specific appearances)*

☒ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☒ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference  ☐ Status Conference  ☐ Settlement Conference  ☒ Motion Hearing  ☐ Discovery Conference  ☐ JPTO Conference  ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record     [17] is granted.

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder     ☐ To be served   ☐ To be filed
   ☐ Complaint ☐ Answer     ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed
☐ **Status conference**     **Date:**     **Time:**
   ☐ **In person** ☐ **Telephone (718) 613-2300**     **To be organized by:**
☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ **Joint letter confirming discovery is concluded**
☐ Summary judgment to be initiated     ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed     ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ **Settlement Conference**     **Date:**     **Time:**

1|2

Page __ of __

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: Olivera    Civ. A. 17-6709

Date: 6/11/2018

**Additional Orders:**

The settlement is approved as fair and reasonable as discussed on the record. The Court will retain jurisdiction as to enforcement of the settlement agreement per ¶ 13 of the settlement agreement. The case can be closed by the Clerk of Court.

Page 2 of 2